AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-5186

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Raymond Conley**
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* **31 Nursery Road, Titusville, NJ**
_____ 609-882-0192 on *(date)* **11/10/16** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **11/10/16**

_____
Server's signature

**Joseph Gill**
Printed name and title

**1500 Walnut Street, Philadelphia, PA 19102**
Server's address

Additional information regarding attempted service, etc: